```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 24664
   EMMA A JONES
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9619


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/17/08 .

    2.  The case was dismissed without confirmation, 12/12/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AARONS FURNITURE           SECURED                  .00           .00            .00
CREDIT ACCEPTANCE          SECURED VEHIC            .00           .00            .00
DRIVE FINANCIAL SERVICES   SECURED VEHIC            .00           .00            .00
AMERICAN COLLECTION        UNSECURED         NOT FILED           .00            .00
BALLY TOTAL FITNESS        UNSECURED         NOT FILED           .00            .00
BLUE CROSS BLUE SHIELD     UNSECURED         NOT FILED           .00            .00
BLUE CROSS BLUE SHIELD     UNSECURED         NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED         NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED         NOT FILED           .00            .00
COMCAST                    UNSECURED         NOT FILED           .00            .00
COMED                      UNSECURED         NOT FILED           .00            .00
CREDIT FIRST NA            UNSECURED         NOT FILED           .00            .00
ENTERPRISE                 UNSECURED         NOT FILED           .00            .00
FAST CASH USA              UNSECURED         NOT FILED           .00            .00
HSBC                       UNSECURED         NOT FILED           .00            .00
INGALLS HOSPITAL           UNSECURED         NOT FILED           .00            .00
INSTANT CASH ADVANCE       UNSECURED         NOT FILED           .00            .00
MCYDSNB                    UNSECURED         NOT FILED           .00            .00
NICOR GAS                  UNSECURED         NOT FILED           .00            .00
TARGET                     UNSECURED         NOT FILED           .00            .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID

VERIZON WIRELESS           UNSECURED         NOT FILED           .00            .00
WEST ASSET MANAGEMENT      UNSECURED         NOT FILED           .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY     UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00           .00        .00           .00
PRINCIPAL PAID        .00          .00           .00        .00           .00
INTEREST PAID         .00          .00           .00        .00           .00
TOTAL PAID            .00          .00           .00        .00           .00
The Debtor's attorney, ROBERT W GOLDSMITH            , was allowed $    750.00
```

and was paid $     750.00   direct and $        .00   through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                            PAGE   2
     CASE NO. 08 B 24664 EMMA A JONES